**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____     Chapter   7

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | GAP Engineering, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

**3. Debtor's federal Employer Identification Number (EIN)**

2 0 – 0 7 9 7 1 5 8

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1107 Shillington Dr.<br>Number      Street | Number      Street |
| | P.O. Box |
| Katy                    TX      77450<br>City                       State     ZIP Code | City                          State      ZIP Code |
| Harris<br>County | Location of principal assets, if different from principal place of business |
| | Number      Street |
| | City                          State      ZIP Code |

**5. Debtor's website (URL)**   www.gap-eng.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **GAP Engineering, Inc.** _____   Case number (if known) _____

**7.   Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

 5    4    1    3

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

_Check one:_

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   _Check all that apply:_

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __GAP Engineering, Inc._____     Case number (if known) _____

| | | |
|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                       MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                                       MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __GAP Engineering, Inc._____     Case number (if known) _____

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number     Street

_____

_____     _____     _____
City                                      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13.** Debtor's estimation of available funds

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** Estimated number of creditors

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  GAP Engineering, Inc. _____     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/28/2023**
              MM / DD / YYYY

X **/s/ Michael M. Homma** _____
   Signature of authorized representative of debtor

**Michael M. Homma** _____
Printed name

**President** _____
Title

18. **Signature of attorney**

X **/s/ Richard Lee Fuqua II** _____     Date **06/28/2023** _____
   Signature of attorney for debtor                               MM / DD / YYYY

**Richard Lee Fuqua II** _____
Printed name

**Fuqua & Associates, P.C.** _____
Firm name

**8558 Katy Freeway** _____
Number       Street

**Suite 119** _____

**Houston** _____     **TX**    **77024** _____
City                                  State     ZIP Code

**(713) 960-0277** _____     **RLFuqua@FuquaLegal.com** _____
Contact phone                               Email address

**07552300** _____     **TX** _____
Bar number                                 State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Michael M. Homma, declare under penalty of perjury that I am the President of GAP ENGINEERING, INC., a Texas for-profit corporation and that on June 14, 2023, the following resolution was duly adopted by the partners of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be it Therefore Resolved, that Michael M. Homma, President of the corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be it Further Resolved, that Michael M. Homma, President of GAP Engineering, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be it Further Resolved, that Michael M. Homma, President of GAP Engineering, Inc., is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the corporation in such bankruptcy case."

Executed on:   June 14, 2023                    Signed:

                                               GAP Engineering, Inc.

                        By:         _____
                        Name:       Michael M. Homma
                        Title:      President

**Fill in this information to identify the case**

Debtor name **GAP Engineering, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Chase Bank checking account<br>400 S. Mason Rd.<br>Katy, Texas 77450 | Checking account | 1 0 6 5 | ($3,335.48) |
| 3.2. | Bank of Texas<br>Checking account<br>555 S. Grand Pkwy<br>Katy, Texas 77450 | Checking account | 1 7 2 2 | $195.11 |
| 3.3. | Checking account - Regions Bank Acct No.<br>xxx6023 | Checking account | 6 0 2 3 | $10,917.50 |

4.  **Other cash equivalents**     *(Identify all)*

     Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $7,777.13

Debtor    GAP Engineering, Inc.          Case number (if known) _____
         Name

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

                                                          Current value of
                                                          debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   Mason Park Professional Plaza - security deposit and last month's rent to landlord      $7,200.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                          $7,200.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

                                                           Current value of
                                                          debtor's interest

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | − | $0.00 | = ............. → | $0.00 |
| 11b. Over 90 days old: | $95,522.00 | − | $95,522.00 | = ............. → | $0.00 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $0.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

                                           Valuation method            Current value of
                                             used for current value     debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership:

15.1.   **ITS GAP, LLC**
        a Texas limited liability company
        (defunct engineering services business)       100%                         $0.00

Debtor  GAP Engineering, Inc._____    Case number (if known) _____
Name

16. Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1

Describe:

17. **Total of Part 4**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

Debtor ___ **GAP Engineering, Inc.** _____   Case number (if known) _____
Name

34. Is the debtor a member of an agricultural cooperative?

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☐ No
☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. Office furniture

| Desks, conference table | | | $5,000.00 |
|---|---|---|---|

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

| Computers, phones, printer, servers, tv | | | $3,000.00 |
|---|---|---|---|

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.
Add lines 39 through 42. Copy the total to line 86.

| $8,000.00 |
|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **GAP Engineering, Inc.**                                    Case number (if known) _____
_____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                                              $0.00

52.  Is a depreciation schedule available for any of the property listed in Part 8?
     ☐ No
     ☐ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
     ☐ No
     ☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**
     ☑ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     $0.00

57.  Is a depreciation schedule available for any of the property listed in Part 9?
     ☐ No
     ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ☐ No
     ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
     ☑ No.  Go to Part 11.
     ☐ Yes.  Fill in the information below.

Debtor  **GAP Engineering, Inc.**  Case number (if known) _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                       $0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 11:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

71. Notes receivable

Description (include name of obligor)

**Scottie Eades employee loan**          $8,809.00  −   $8,809.00  = ➔          $0.00
Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

Federal net operating loss                                          Tax year  2021      $1,523,707.00

**Potential employee retention tax credit (refund)**
**Internal Revenue Service**
**Austin Servcie Center ITIN Operation**
**PO Box 149342**
**Austin, TX 78714-9342**
**(Potential $200,000)**                                          Tax year  _____      Unknown

73. Interests in insurance policies or annuities

Debtor    GAP Engineering, Inc.                                           Case number (if known) _____
          Name

74.  Causes of action against third parties (whether or not a lawsuit has been filed)

     **Claim against Alfa Laval, Inc.**
     PO Box 50391
     Richmond, VA 23250-0361

     Breach of contract and unjust enrichment
     Demand letter sent April 2023                                                              $95,522.00

     Nature of claim          Breach of contract and unjust enrichment

     Amount requested         $95,522.00

75.  Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims

76.  Trusts, equitable or future interests in property

77.  Other property of any kind not already listed  *Examples:* Season tickets, country club membership

     Texas Back in Business Grant (application pending)                                          $25,000.00

     **Loan to Industrial Technology Solutions, LLC**
     6767 Highway 12
     Vidor, TX 77662
     Approximate Loan date : Dec. 2020                                                          $45,953.00

78.  Total of Part 11.
     Add lines 71 through 77.  Copy the total to line 90.                                   $1,690,182.00

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

Debtor   **GAP Engineering, Inc.**_____   Case number (if known) _____
               Name

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,777.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,690,182.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $1,713,159.13 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................   $1,713,159.13

**Fill in this information to identify the case:**

Debtor name          GAP Engineering, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

| **2.1** | Creditor's name<br>**Channel Partner Capital** | Describe debtor's property that is subject to a lien<br>**All assets** | $68,450.00 | $0.00 |
|---|---|---|---|---|

Creditor's mailing address
11100 Way Zata Blvd

Describe the lien
UCC-1

Minnetonka          MN   55305

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred      2023

Last 4 digits of account
number          ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $2,280,296.00

Debtor    GAP Engineering, Inc.                         Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

Creditor's name
**FundEx BHG 7a**

Creditor's mailing address
10234 W. State Road 84
_____

Davie      FL    33324

Creditor's email address, if known
_____

Date debt was incurred    2020

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
equipment, fixtures, inventory, accounts, general

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $191,185.00     Column B: $0.00

---

**2.3**

Creditor's name
**Regions Bank**

Creditor's mailing address
3773 Richmond Ave

10th Floor

Houston      TX    77046

Creditor's email address, if known
_____

Date debt was incurred    2021

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
furniture, fixtures, equipment, inventory, account

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,044,723.00     Column B: $0.00

---

Debtor    GAP Engineering, Inc. _____    Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.4**  Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien

$975,938.00    $0.00

All tangible and intangible personal property

Creditor's mailing address
10737 Gateway West # 300
_____

Describe the lien
UCC-1
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

El Paso                TX    79935

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor      GAP Engineering, Inc.                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Rachel Hunsinger<br>10234 W. State Road 84<br><br>Davie                    FL      33324 | Line   2.2 | ___ ___ ___ ___ |
| Susan Mathews, Esq.<br>Baker Donelson<br>1301 McKinney Street # 3700<br>Houston               TX      77010 | Line   2.3 | ___ ___ ___ ___ |
| Tom Bacarella<br>3017 West Seventh Street # 410<br><br>Fort Worth          TX      76107 | Line   2.3 | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor  __GAP Engineering, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  Priority creditor's name and mailing address | | Unknown | Unknown |

**2.1**  Priority creditor's name and mailing address

__Texas Comptroller__

__1919 North Loop West__

__Suite 640__

_____

__Houston__            TX    __77008__

Date or dates debt was incurred
__2022__

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __8__  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Franchise Taxes__

Is the claim subject to offset?

☑ No
☐ Yes

Debtor      GAP Engineering, Inc.                                          Case number (if known) _____

---

**Part 2:**      List All Creditors with NONPRIORITY Unsecured Claims

3.     List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
| AT&T | ☐ Contingent | |
| PO Box 6416 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Carol Stream          IL      60197-6416 | Goods & Services | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,301.00 |
|---|---|---|
| Chase Bank | ☐ Contingent | |
| 270 Park Avenue | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| New York                NY      10017 | Negative checking account | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,271.00 |
|---|---|---|
| Donna Goeller | ☐ Contingent | |
| 650 West 5465 South | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Murray                   UT      84123 | Loan | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,432.00 |
|---|---|---|
| Goldbeam | ☐ Contingent | |
| 607 S. Memorial Fwy | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: | |
| Nederland                TX      77627 | Goods & Services | |
| Date or dates debt was incurred 11/2022 | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

Unpaid subcontractor - Alfa Laval

Debtor   **GAP Engineering, Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,400.00

Mason Park Professional Plaza

21830 Kingland Blvd

Suite 104

Katy                          TX      77450

Basis for the claim:   Office rent

Date or dates debt was incurred      1/1/2023

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,130.00

New Lane Finance

123 S. Broad Street

17th Floor

Philadelphia               PA      19109

Basis for the claim:   Goods & Services

Date or dates debt was incurred      _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Phone equipment

---

| 3.7 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$11,231.00

Separation Guru LLC

105 Redhill Rd

Holly Springs              NC      27540

Basis for the claim:   Goods & Services

Date or dates debt was incurred      _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Alfa Laval Project

---

| 3.8 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$81,253.00

Skyler Design Build

13201 Northwest Freeway

Suite 800

Houston                    TX      77040

Basis for the claim:   Goods & Services

Date or dates debt was incurred      12/2022

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Unpaid subcontractor

Debtor __GAP Engineering, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,531.00 |

__Willis Electrical_____

__6616 Grant Rd_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

__Houston_____ TX_____ 77066____

**Basis for the claim:**  __Goods & Services_____

Date or dates debt was incurred    __11/2022_____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

**Unpaid contractor - Alfa Laval**

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $75,254.00 |

__WW Industries / Deepsea Mfg_____

__7826 Harms Street_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

__Houston_____ TX_____ 77041____

**Basis for the claim:**  __Goods & Services_____

Date or dates debt was incurred    __11/2022_____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

**Unpaid subcontractor - Alfa Laval**

Debtor      GAP Engineering, Inc.                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   Add the amounts of priority and nonpriority unsecured claims.

                                                                    Total of claim amounts

5a.  **Total claims from Part 1**                          5a.    _____ $0.00

5b.  **Total claims from Part 2**                          5b.  + _____ $377,298.00

5c.  **Total of Parts 1 and 2**                            5c.    _____ $377,298.00
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __GAP Engineering, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____     Chapter ___7___
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ **No.** Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
       (Official Form 206A/B).

2.  **List all contracts and unexpired leases**              State the name and mailing address for all other
                                                             parties with whom the debtor has an executory
                                                             contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name    GAP Engineering, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.   **Does the debtor have any codebtors?**

     ☐   No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

     ☒   Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name**      Mailing address | | **Name** | **Check all schedules that apply:** |
| 2.1   Michael Homma | 1107 Shillington Dr<br>Number    Street<br><br>Katy           TX   77450<br>City           State   ZIP Code | Channel Partner Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.2   Michael Homma | 1107 Shillington Dr<br>Number    Street<br><br>Katy           TX   77450<br>City           State   ZIP Code | Regions Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.3   Michael Homma | 1107 Shillington Dr<br>Number    Street<br><br>Katy           TX   77450<br>City           State   ZIP Code | FundEx BHG 7a | ☒ D<br>☐ E/F<br>☐ G |
| 2.4   Michael Homma | 1107 Shillington Dr<br>Number    Street<br><br>Katy           TX   77450<br>City           State   ZIP Code | US Small Business Administration | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  GAP Engineering, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  Real property:
         Copy line 88 from Schedule A/B................................................................................................. | $0.00 |

    1b.  Total personal property:
         Copy line 91A from Schedule A/B............................................................................................. | $1,713,159.13 |

    1c.  Total of all property
         Copy line 92 from Schedule A/B............................................................................................. | $1,713,159.13 |

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $2,280,296.00 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  Total claim amounts of priority unsecured claims:
         Copy the total claims from Part 1 from line 5a of Schedule E/F................................................... | $0.00 |

    3b.  Total amount of claims of nonpriority amount of unsecured claims:
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | + $377,298.00 |

4.  Total liabilities
    Lines 2 + 3a + 3b.......................................................................................................................... | $2,657,594.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><u>GAP Engineering, Inc.</u></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>06/28/2023</u>          X <u>/s/ Michael M. Homma</u>
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                <u>Michael M. Homma</u>
                                Printed name
                                <u>President</u>
                                Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **GAP Engineering, Inc.**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:  _____ $8,838.00

   Prior to the filing of this statement I have received........................................................  _____ $8,838.00

   Balance Due........................................................................................................................  _____ $0.00

2. The source of the compensation paid to me was:
   - ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/28/2023** | **/s/ Richard Lee Fuqua II** |
| *Date* | *Richard Lee Fuqua II*          Bar No.  07552300 |
| | Fuqua & Associates, P.C. |
| | 8558 Katy Freeway |
| | Suite 119 |
| | Houston, Texas 77024 |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 |

---

**/s/ Michael M. Homma**

*Michael M. Homma*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:                §

**GAP Engineering, Inc.**     §

                    §       Case No. _____

                    §

        Debtor(s)     §       Chapter   **7** _____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
      I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
      I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **6/28/2023**     **/s/ Michael M. Homma** _____
                      Michael M. Homma
                      President
                      **Complete EIN:  20-0797158** _____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **6/28/2023** _____           **/s/ Richard Lee Fuqua II** _____
                                           Richard Lee Fuqua II, Attorney for Debtor